# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janice Hall,<br><br>      Plaintiff,<br><br>vs.<br><br>Marmon In-Home Care & Companionship,<br><br>      Defendant | Case No.: 1:18-CV-01470-LJO-EPG<br><br>ORDER<br><br>(ECF No. 7) |

The Court, having considered the Parties' Stipulation to Set Aside Default and to Continue Mandatory Scheduling Conference and Corresponding Deadlines (ECF No. 7), and for good cause shown, **IT IS HEREBY ORDERED,**

1. The Default entered against Defendant Marmon In-Home Care & Companionship (ECF No. 6) is set aside.

2. Defendant shall file and serve its Response to the Complaint within **fifteen (15) days** of the date this order is entered.

ORDER - 1

3. The Mandatory Scheduling Conference, currently set for February 7, 2019, is vacated and reset for **March 26, 2019, at 9:30 a.m**., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The corresponding deadlines to meet and confer and file the Joint Scheduling Report are continued in accord with the new Mandatory Scheduling Conference date.

IT IS SO ORDERED.

Dated: January 22, 2019 /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

ORDER - 2