# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janice Hill,<br>          Plaintiff,<br><br>vs.<br><br>Marmon In-Home Care & Companionship,<br><br>          Defendant. | Case No.: 1:18-cv-01470-LJO-EPG<br><br>**ORDER**<br><br>(ECF No. 15) |

The Court, having read and considered the Plaintiff's Motion for Extension of Time to File Dismissal (ECF No. 15), and finding good cause,

**IT IS ORDERED** that the motion for extension of time is GRANTED. The deadline to file dismissal documents is extended to July 31, 2019.

IT IS SO ORDERED.

    Dated: __**May 29, 2019**__            /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE