1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    EASTERN DISTRICT OF CALIFORNIA

10

JANICE HILL,                                    Case No. 1:18-cv-01470-LJO-EPG

11
                Plaintiff,

12
        v.                                      ORDER RE: STIPULATED REQUEST FOR
                                                DISMISSAL OF ENTIRE ACTION WITH
13                                              PREJUDICE
MARMON IN-HOME CARE &

14   COMPANIONSHIP,
                                                (ECF No. 17)
15              Defendant.

16

17        Plaintiff, Janice Hill, and Defendant, Marmon In-Home Care & Companionship, have

18   filed a stipulation to dismiss the entire action with prejudice (ECF No. 17). In light of the

19   stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A);

20   *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the

21   Court is respectfully directed to close this case.

22

23   IT IS SO ORDERED.

24
     Dated:    **June 28, 2019**                     /s/ Erica P. Grosjean

25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28